UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA REYES HERNANDEZ,<br>Petitioner,<br>v.<br>JAIME RIOS et al,<br>Respondent. | Case No. 5:26-cv-04949-CV-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner **Rosalia Reyes Hernandez (A Number 246-061-396)** from custody with the same conditions in place at the time of her detention. Respondents are enjoined from re-detaining Petitioner pursuant to Section 1226 without first providing Petitioner with at least seven days' individualized notice describing the change in circumstances necessitating her arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing

evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Respondents shall file a Notice of Compliance within twenty-four hours.

Dated: November 6, 2026

Cynthia Valenzuela

CYNTHIA VALENZUELA
United States District Judge