JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA REYES HERNANDEZ,<br>Petitioner,<br>v.<br>JAIME RIOS et al.,<br>Respondent. | Case No. 5:26-cv-04949-CV-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents shall immediately release Petitioner **Rosalia Reyes Hernandez (A Number 246-061-396)** from custody with the same conditions in place at the time of her detention. Respondents are enjoined from re-detaining Petitioner pursuant to Section 1226 without first providing Petitioner with at least seven days' individualized notice describing the change in circumstances necessitating her arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that

will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Respondents shall file a Notice of Compliance within twenty-four hours.

Dated: November 6, 2026

Cynthia Valenzuela

CYNTHIA VALENZUELA
United States District Judge